FILED

09/04/2020

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 20-0044

# IN THE SUPREME COURT OF THE STATE OF MONTANA
## DA 20-0044

STATE OF MONTANA,

      Plaintiff and Appellee,

v.

JOSEPH RICHARD POLAK II,

      Defendant and Appellant,

## ORDER

Upon consideration of Appellant's motion for extension of time, and good cause appearing;

**IT IS HEREBY ORDERED** that Appellant is granted an extension of time to and including November 16, 2020, within which to prepare, file, and serve Appellant's opening brief on appeal.

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
September 4 2020